GEORGE M. MARTIN, Respondent, v. ROBERT N. MARTIN, Appellant.

1. Judgment affirmed for failure to prosecute an appeal.

*G. S. & I. Van Wagoner*, for appellant.

*Lackland & Martin*, for respondent.

WAGNER, Judge, delivered the opinion of the court.

It appears from the transcript in this case that the judgment was rendered at the June term of the St. Louis Circuit Court, 1868, and no steps have been taken to prosecute the appeal.

The respondent now comes and presents a certified copy of the record, and asks for an affirmance. No reasons appearing to the contrary, the motion will be sustained and the judgment affirmed. The other judges concur.